## FOURTH DISTRICT.

John Wetzel, appellant, v. Charles Pruitt, appellee.

Opinion filed March 4, 1937.

Wilbur A. Trares, for appellant. Henry B. Eaton, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.